**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,
      Plaintiff

v.                                Case No.   1:09-cv-679

Eight Thousand Five Hundred
Twenty Five Dollars ($8,525) in
United States Currency,
      Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 7, 2010 (Doc. 28).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Herbert Williams' verified claim and answer are **STRICKEN** pursuant to 37(b)(2)(A) and for failure to prosecute his claim. Default judgment is entered in favor of the United States against claimant Herbert Williams in the amount of Eight Thousand Five Hundred Twenty Five Dollars (8,525).

Date: September 30, 2010                 s/Sandra S. Beckwith
                                         Sandra S. Beckwith, Senior Judge
                                         United States District Court